Keeley O. Cronin, MT Bar No. 67323804
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600
Email: kcronin@bakerlaw.com

Robert W. Thielhelm Jr. (*pro hac vice* forthcoming)
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4072
Email: rthielhelm@bakerlaw.com

Paul N. Tranel
**BOHYER, ERICKSON,
BEAUDETTE & TRANEL, P.C.**
PO Box 7729
Missoula, MT 59807-7729
Telephone: (406) 532-7800
Email: mail@bebtlaw.com
*Attorneys for Plaintiffs*


Fred Simpson
**HALL & EVANS. LLC**
125 Bank Street, Suite 403
Missoula, MT 59802
Telephone: (406) 532-2635
Email: simpsonf@hallevans.com

Jill Gerdrum
**HALL & EVANS. LLC**
125 Bank Street, Suite 403
Missoula, MT 59802
Telephone: (406) 532-2635
Email: gerdrumj@hallevans.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SPECIALTYCARE INC., a Delaware corporation, REMOTE NEUROMONITORING PHYSICIANS, PC, a Pennsylvania corporation, and SENTIENT PHYSICIANS, PC, an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANCE LIFE & HEALTH INSURANCE COMPANY, INC., a Montana corporation, and ALLEGIANCE BENEFIT PLAN MANAGEMENT, INC., a Montana corporation,<br><br>Defendants. | Case No. 9:25-cv-00008-KLD<br>The Hon. Kathleen L. DeSoto<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiffs, SpecialtyCare Inc., Remote Neuromonitoring Physicians, PC, and Sentient Physicians, PC (collectively, "SpecialtyCare") and Defendants, Allegiance Life & Health Insurance Company, Inc. and Allegiance Benefit Plan Management, Inc. (collectively, "Allegiance") (together, with SpecialtyCare, the "Parties"), by and through their respective counsel of record, respectfully submit this joint notice to the

2

Court that the Parties have reached a settlement of all claims asserted in this matter. The Parties request that all upcoming case deadlines be stayed pending final payment, as set forth in the executed settlement agreement, and the Parties' stipulated dismissal with prejudice, to follow within five calendar days of final payment.

Respectfully submitted this 19th day of November, 2025.

        **BAKER & HOSTETLER LLP**

        *s/ Keeley O. Cronin*
        Keeley O. Cronin (MT Bar No. 67323804)
        1801 California Street, Suite 4400
        Denver, CO 80202
        Telephone: (303) 861-0600
        Email: kcronin@bakerlaw.com

        Robert W. Thielhelm Jr.
        (*pro hac vice* forthcoming)
        200 South Orange Avenue, Suite 2300
        Orlando, FL 32801
        Telephone: (407) 649-4072
        Email: rthielhelm@bakerlaw.com

        Paul N. Tranel
        **BOHYER, ERICKSON,**
        **BEAUDETTE & TRANEL, P.C.**
        283 West Front Street, Suite 201
        Missoula, MT 59802
        Telephone: (406) 532-7800
        Email: ptranel@bebtlaw.com

        *Attorneys for Plaintiffs*

> *s/ Fred Simpson (with permission)*
> Fred Simpson
> **HALL & EVANS. LLC**
> 125 Bank Street, Suite 403
> Missoula, MT 59802
> Telephone: (406) 532-2635
> Email: simpsonf@hallevans.com
>
> Jill Gerdrum
> **HALL & EVANS. LLC**
> 125 Bank Street, Suite 403
> Missoula, MT 59802
> Telephone: (406) 532-2635
> Email: gerdrumj@hallevans.com
>
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed with the Clerk of the Court on November 19, 2025, using the CM/ECF system, which will send notification of this filing to all attorneys of record.

> *s/ Catherine L. Lacey*
> Catherine L. Lacey

4931-3095-1547.2